IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02211-WDM-OES

MID CENTURY INSURANCE EXCHANGE,

Plaintiff(s),

vs.

TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

Defendant(s).

## ORDER DIRECTING HEARING
## OR FILING OF STIPULATED DISMISSAL

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Entered: August 15, 2005

Although the parties have been announcing for weeks, even months, that this case is settled, the Court still does not have a stipulated dismissal.  **IT IS THEREFORE ORDERED** that counsel for all parties shall appear before the Court on **August 24, 2005, at 9:00 a.m.** for setting of further proceedings in this case.  **No telephone appearances will be permitted.**

In the event that a stipulated dismissal is received before the above date, the hearing will be vacated.

Dated at Denver this day of August 15, 2005

                                          BY THE COURT:

                                           s/O. Edward Schlatter
                                          O. Edward Schlatter
                                          U.S. Magistrate Judge